# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2005

127882

REBECCA P. BIERI,
      Plaintiff-Appellant,

v

LINE INVESTMENTS, LLC,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127882
COA: 248410
Oakland CC: 2002-038450-NO

On order of the Court, the application for leave to appeal the October 26, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2005

_____
Clerk

t1006